MICHAEL P. KOSOLAPOV, Appellant, v. KAUFMAN MANDELL and S. BUDD MANDELL, Respondents.— Order granting motion for leave to serve an amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

ANNA MARKOW, Appellant, v. PAUL MARKOW, Respondent.— Order denying motion to punish defendant for contempt reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The obligation of defendant to contribute to the support and maintenance of his child accrued upon the entry of the judgment. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur. Settle order on notice.

LUCY R. WOODRUGH, Plaintiff, v. JOHN A. TERNHUND and Others, Defendants. AMELIA CARROLL, Also Known as MAYBELLE O'DONNELL, Respondent; LOUIS A. SOLOMON, Appellant.— Order, as resettled, reversed on the law, with ten dollars costs and disbursements against respondent Amelia Carroll, also known as Maybelle O'Donnell, and motion denied, with ten dollars costs. It very clearly appears from the papers in opposition to the motion, as well also from the papers in support of the motion, that appellant was not the attorney for defendant Julius S. Holzwasser. Therefore, defendant Julius S. Holzwasser was not before the court on the motion to have the action discontinued, and the court had no authority to make the order. This is especially so since the order to show cause was directed, not to Julius S. Holzwasser, but to appellant, and the order made seems to provide that ten dollars costs of the motion should be paid by appellant, who surely was a disinterested party and was fully justified in refusing to sign an order of discontinuance, since he was not the attorney for defendant Julius S. Holzwasser, and had no authority so to do. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

DELMER D. MARTIN, Appellant, v. HOMER G. MARTIN, Respondent.— Judgment dismissing complaint upon the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WALTER S. POLLARD, Appellant, v. EDWARD CARD and Others, Defendants. JAMES M. SHEIL and CAHILL TOWING LINE, INCORPORATED, Respondents. (Appeal No. 1.) — Order modified by eliminating therefrom the provision that the notice of examination be modified by striking out paragraphs II, III, VI and VII, by directing that the examination be had on all of the items contained in the notice of examination, and also by directing that the examination be had on two days' notice. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.